UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Motion to Withdraw**           Criminal No. 3:21MJ1000 (RAR)

## Motion to Withdraw

The Government respectfully moves to withdraw its motion filed earlier today as ECF docket number 10 in the above-captioned matter. After internal consultation the Government adheres to the Government's prior motion to continue sealing as set forth in ECF docket number 9.

Respectfully submitted,

VANESSA R. AVERY
UNITED STATES ATTORNEY

*/s/ Kenneth L. Gresham*

KENNETH L. GRESHAM
ASSISTANT U.S. ATTORNEY
Fed Bar No. phv11130
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
(203) 696-3017
Kenneth.gresham@usdoj.gov